UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE VAC LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　Defendants. | Case No.: 2:24-cv-01443-JMA-ARL |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff LIFE VAC, LLC voluntarily dismisses the following Defendants listed on the Amended Schedule A to the Complaint without prejudice:

| No. | Defendants | Business Names | Defendants Online Marketplace(s) |
|---|---|---|---|
| 20 | Digital One | Mohammad Hossain | https://www.amazon.com/sp?ie=UTF8&seller=A2ZYD17OIRSQYL |
| 26 | Ezishopz LLC | Chaudhry Muhammad Shamsi | https://www.amazon.com/sp?ie=UTF8&seller=A1JNAQ2VKH6996 |
| 103 | joh-327970 | Johnson Ni | https://www.ebay.com/usr/joh-327970 |
| 129 | Xixinew888 | Xika Zhao | https://www.ebay.com/usr/xixinew888 |

Dated: March 26, 2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BOIES SCHILLER FLEXNER LLP

　　　　　　　　　　　　　　　　　　　By: /s/*Christopher Tom*
　　　　　　　　　　　　　　　　　　　Christopher Tom
　　　　　　　　　　　　　　　　　　　55 Hudson Yards
　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　ctom@bsfllp.com
　　　　　　　	　　　　　　　　　　　(212) 446-2300

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff LIFE VAC LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

                */s/ Christopher Tom*
                Christopher Tom